IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA KOCZKODON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GRAND VERSAILLES, LLC et al. | : | NO. 10-3284 |

<u>ORDER</u>

AND NOW, this 17th day of September, 2010, upon consideration of the defendants' Grand Versailles, LLC and Interline Corp.'s Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 5), the plaintiff's opposition thereto (Docket No. 18), the defendants' reply (Docket No. 21), and following a telephone conference with the parties, IT IS HEREBY ORDERED THAT the Court finds no personal jurisdiction based on the current record. IT IS FURTHER ORDERED THAT on or before October 4, 2010, the plaintiff shall inform the Court whether the plaintiff still seeks jurisdictional discovery, and on what specific grounds. The Court notes the apparent redundancy between the plaintiff's discovery request and what already exists in the record. The plaintiff shall additionally inform the Court as to the propriety of transfer to the District of New Jersey pursuant to 28 U.S.C. § 1631. The defendants may respond to the Court on either of these points on or before October 11, 2010.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.